**JS - 6**
**E-FILED: 5/8/2008**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE MYCK, | Case No.: CV07-07947 GHK (MANx) |
| Plaintiff, | [Judge: Hon. George H. King] |
| vs. | **[PROPOSED] ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, OMNICOM HEALTH AND WELFARE BENEFIT PLAN; DOES 1 THROUGH 10, | |
| Defendants. | |

This case is dismissed with prejudice. It is so ordered.

DATED:     5/8/08